

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2015

No. 04-15-00747-CV

Elizabeth **KING**, M.D., and Northeast OB/GYN Associates, P.L.L.C.,
Appellants

v.

Hope **KELLEY**,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17290
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 25, 2016. No further extensions, absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court